# *MODIFICATION OF SETTLEMENT AGREEMENT*

**THIS MODIFICATION OF SETTLEMENT AGREEMENT** made as of the 15th day of May, 2020, (the "Effective Date"), which modifies the Settlement Agreement between the parties effective on the 19th day of September 2019, is by and between IT Trailblazers, LLC ("ITTLLC") a New Jersey LLC with its principal place of business at 2050 Route 27, Suite 203 North Brunswick NJ 08902 and **FrontierBPM, Inc., ("Frontier"), a Pennsylvania corporation with its corporate headquarters at 325 Sentry Parkway, Building 5 West - Suite 200, Blue Bell PA 19422** (each a "Party" and hereinafter jointly referred to as the "Parties").

## RECITALS:

A. As of September 19, 2019, the Parties entered into a Settlement Agreement resolving litigation pending in the United States District Court for the District of New Jersey in which Frontier agreed to pay ITTLLC a total of $506,000.00 on a payment schedule agreed to by the Parties

B. That Frontier made certain timely payments under the Settlement Agreement, but also failed to make certain timely payments.

C. That the total payments received under the Settlement Agreement by ITTLLC was $167,666.68.

D. The Parties now wish to amicably enter into a new payment schedule to resolve any and all matters that may have arisen under the Settlement Agreement.

   **NOW, THEREFORE**, in consideration of the promises stated herein, and for other such good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties hereto agree as follows:

1. **Payment.**  Frontier shall make the following payments on the fifteen of each month, beginning on June 15, 2020, until the $506,000,00 settlement amount is paid in full.

Frontier Settlement Revised Amortization Schedule

| | | |
|---|---|---|
| Settlement amount | $ | 506,000.00 |
| Total received till Feb 2020 | $ | 167,666.68 |
| Balance due | $ | 338,333.32 |
| No. of months | $ | 17.00 |
| New monthly payment | $ | 19,901.96 |

   2.       **Execution in Counterparts.**  This Modification of Settlement Agreement may be executed only by authorized signatories of each of the Parties (and by executing this Settlement Agreement, each signer represents that he/she is possessed of full authority to execute this Settlement Agreement for Frontier or ITTLLC as the case may be).  This Modification of Settlement Agreement may be delivered in two or more counterparts, each of

which, when so executed and delivered, shall be an original, but such counterparts shall together constitute bur one and the same instrument and Settlement Agreement.  Electronic signatures shall be deemed originals.

3. **Ratification of terms.** Except as expressly provided in this Modification of Settlement Agreement, all provisions, terms, and conditions of the Settlement Agreement remain in full force and effect.

**IN WITNESS WHEREOF**, the undersigned have hereunto set their hands and seals, and caused these presents to be executed the day and year first above written.

**FRONTIER:**

**FrontierBPM, Inc.**

By:_____
  Name:  Theodore Sak
  Title:   President

By: _____

  Theodore Sak, as limited guarantor

**ITTLLC:**

**IT Trailblazers LLC**

By _____
  Name: Shaik Roshan
  Title: Manager-Contracts